___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   5:18-cv-00406-JLS<br>5:18-cv-01188-JLS<br>(6:07-bk-17151-MJ)<br>(6:17-ap-01117-MJ)<br>Title:       In Re: Janet N. Wagabaza | Date:  August 28, 2018 |

___

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (In Chambers) ORDER GRANTING MOTION TO CONSOLIDATE (406 APPEAL DOC. 15), AND ORDER RE BRIEFING SCHEDULE

    The Court is in receipt of the Certificate of Readiness by the Bankruptcy Court. (*See* 1188 appeal, Doc. 12.)  Accordingly, case 5:18-cv-00406-JLS and case 5:18-cv-01188-JLS are consolidated for purpose of appeal. The low numbered case, 5:18-cv-00406-JLS, is hereby designated the lead case. All documents filed hereafter shall bear the Lead Case number. Case No. 5:18-cv-01188-JLS is ADMINISTRATIVELY CLOSED.

    The date of the filing of this Order constitutes the starting date for the calculation of all deadlines pursuant to Federal Rule of Bankruptcy Procedure 8018, and, if applicable, Federal Rule of Bankruptcy Procedure 8016.

    Briefs must comply with the requirements of Federal Rules of Bankruptcy Procedure 8014, 8015, 8016, and 8018. Briefs must contain as addenda all excerpts of the record and all transcripts previously designated by the filing party. No brief shall refer to a portion of the transcript that is not included in said addendum. Page limits exclude the table of contents, table of citations, and any addendum containing statutes, rules, regulations, excerpts of the record, or similar material. Once briefing is complete, the matter will be deemed submitted.

    **IT IS SO ORDERED.**

CC: BAP; BKCOURT                                                                                   Initials of Preparer:  tg

___